Affirmed and Memorandum Opinion filed July 2, 2009








Affirmed
and Memorandum Opinion filed July 2, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01071-CR

____________

 

LESLIE GARCIA MENDEZ,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 268th District
Court

Fort Bend County,
Texas

Trial Court Cause No.
48,137

 



 

M E M O R A N D U M   O P I N I O N

Appellant
was convicted of the offense of theft. On October 27, 2008, the trial court
sentenced appellant to confinement for eight years in the Institutional
Division of the Texas Department of Criminal Justice.

On May
21, 2009, this court ordered a hearing to determine why appellant=s counsel had not filed a brief in
this appeal.  On June 22, 2009, the trial court conducted the hearing.  The
record of the hearing was filed in this court on June 23, 2009.








The
trial court found appellant no longer desires to prosecute her appeal.  On the
basis of those findings, this court has considered the appeal without briefs.  See
Tex. R. App. P. 38.8(b).  We find
no fundamental error.

Accordingly,
the judgment of the trial court is affirmed.

 

PER
CURIAM

 

 

Panel consists of Justices Seymore,
Brown, and Sullivan.

Do not publish - Tex. R. App. P. 47.2(b).